USCA1 Opinion

 

 May 3, 1996 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT ____________________ No. 95-2239 GERMAN ARANGO-TAMAYO, A/K/A GERMAN ARANGO, Petitioner, v. IMMIGRATION AND NATURALIZATION SERVICE, Respondent. ____________________ ON PETITION FOR REVIEW OF ORDER OF THE BOARD OF IMMIGRATION APPEALS ____________________ Before Selya, Boudin and Stahl, Circuit Judges. ______________ ____________________ Mark L. Galvin on brief for petitioner. ______________ Frank W. Hunger, Assistant Attorney General, Ellen Sue Shapiro, _______________ _________________ Senior Litigation Counsel, and John T. Lynch, Jr., Attorney, Office of __________________ Immigration Litigation, Civil Division, U.S. Department of Justice, on brief for respondent. ____________________ ____________________ Per Curiam. The petitioner-appellant, German ___________ Arango-Tamayo, appeals from an order of the Board of Immigration Appeals (Board) denying his request for relief from deportation under Section 212(c) of the Immigration and Nationality Act, 8 U.S.C. 1182(c). After careful review of the parties' briefs and the record, we affirm, substantially for the reasons given in the Immigration Judge's opinion dated September 8, 1992, which was affirmed by the Board in its opinion dated October 17, 1995. The petitioner has failed to demonstrate that the denial was arbitrary, capricious, or an abuse of discretion. See Gouveia v. ___ _______ I.N.S., 980 F.2d 814, 818 (1st Cir. 1992). Furthermore, he ______ may not assign as error the Board's failure to remand for additional evidence, as he did not seek such relief below. See Ravindran v. I.N.S., 976 F.2d 754, 761 (1st Cir. 1992). ___ _________ ______ Affirmed. Loc. R. 27.1. ________ -3-